**No. 39486.**—Protests 543079–G, etc., of Arnold Constable & Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of trays, boxes, atomizers, sprays with mounts, tops for puff boxes and glasses for puff boxes, vases, baskets, pincushions, salt cellars, glasses, and salt dips chiefly used on the table, in the kitchen or household for utilitarian purposes, or hollow ware. The claim at 40 percent under paragraph 339 was sustained on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373).

BEFORE THE THIRD DIVISION, SEPTEMBER 29, 1938

**No. 39487.**—Protests 922875–G, etc., of Close & Stewart (Seattle).

Opinion by EVANS, J. It appeared that the animals in question were assessed with duty at 2½ cents per pound under paragraph 701, Tariff Act of 1930. As it has been held that the production of a certificate of pure breeding is a condition precedent for free entry under paragraph 1606, the protests were overruled. *Sullivan* v. *United States* (T. D. 47359), *Byrnes* v. *United States* (T. D. 45238), and Abstracts 40845, 40834, and 40835 cited.

BEFORE THE FIRST DIVISION, SEPTEMBER 30, 1938

**No. 39488.**—Petition 5628–R of R. W. Gresham (Cleveland).

Opinion by McCLELLAND, P. J. It appeared that because of a strike in the American plant it became necessary to import the involved material to fill domestic orders and that the transaction was merely a matter of bookkeeping. The merchandise was invoiced and entered at prices ordinarily charged by the parent company to its agencies in spite of the fact that the officer of the petitioner who directed the making of the entry knew generally the market prices in Canada were higher. On the record presented the petition was denied. *Lowe* v. *United States* (15 Ct. Cust. Appls. 418, T. D. 42590) cited.

BEFORE THE SECOND DIVISION, SEPTEMBER 30, 1938

**No. 39489.**—Protests 936959–G, etc., of E. M. Lohmann Co. (Minneapolis).

Opinion by TILSON, J. It was found that certain items consist of fabrics with fast edges, some in chief value of silk and some of artificial silk. The claims under paragraphs 1207 and 1308 were therefore sustained.